CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

APR 27 2009

JOHN F. CORCORAN, CLERK
BY:
    DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| KENNETH EDWARD BARBOUR,<br>    Plaintiff, | ) Civil Action No. 7:09-cv-00132<br>)<br>) **FINAL ORDER**<br>) |
| v. | )<br>) By: Hon. James C. Turk |
| VDOC AT WALLENS RIDGE<br>    STATE PRISON,<br>    Defendant. | ) Senior United States District Judge<br>)<br>) |

In accordance with the written memorandum opinion entered this day, it is hereby

**ORDERED**

that the plaintiff's complaint is **DISMISSED without prejudice** for failing to state a claim upon which relief may be granted, pursuant to 28 U.S.C. § 1915A(b)(1), and the case is **STRICKEN** from the active docket of the court.

The Clerk is directed to send copies of this order and the accompanying memorandum opinion to the plaintiff.

ENTER: This 27th day of April, 2009.

/s/ James C. Turk
Senior United States District Judge